| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | ANGELA L. SCOTT<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 5:17-MJ-00049-JLT |
| | Plaintiff, | [~~PROPOSED~~] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S APPLICATION |
| v. | | |
| MYRON DEWBERRY, | | |
| | Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the government's Complaint, affidavit in support of the Complaint, and arrest warrant pertaining to defendant MANUEL CRUZ, Government's Request to Seal, and this Sealing Order shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and, upon defendant's counsel for the defendant.

Dated: 12/7/17

*/s/ Jennifer L. Thurston*
THE HONORABLE JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S APPLICATION

1